AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☒ Original    ☐ Duplicate Original

UNITED STATES DISTRICT COURT
for the
Northern District of New York

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 1:22-MJ-554 (DJS) |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 518-221-2592 | ) ) ) | |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Oct 11 - 2022
John M. Domurad, Clerk

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Northern District of New York *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before October 11, 2022 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Daniel J. Stewart.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date issued:  September 27, 2022
Time issued:  9:04 am
City and State:  Albany, NY

_____
*Judge's signature*

Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>1:22-MJ-         (DJS) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| GPS/Precision location information for MSISDN: 5182212592 from 9/29/22 to 10/3/22. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/3/22

*Executing officer's signature*

Robert Imburgio, DUSM
*Printed name and title*

## **Attachment A**

## **Property to Be Searched**

1. The cellular telephone assigned call number 518-221-2592 and used by Darrell Jones (the "Target Cell Phone"), whose provider is Sprint/T-Mobile, with an office at 6480 Sprint Parkway, Overland Park, KS 66251 and an office at 4 Sylvan Way, Parsippany, NJ 07054.

2. Information about the location of the Target Cell Phone that is within the possession, custody, or control of Sprint/T-Mobile, including information about the location of the cellular telephone if it is subsequently assigned a different call number.

3. The authorization is also intended to apply to the target telephone number referenced above regardless of service provider, including in the event that a successor service provider becomes associated with the Target Cell Phone during the 30-day period of tracking authorized by this warrant.

## Attachment B

### Particular Things to be Seized – Prospective Location Information

**I.      Information to be Disclosed by the Provider (Sprint/T-Mobile)**

All information about the location of the Target Cell Phone described in Attachment A for a period of thirty (30) days, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of Sprint/T-Mobile, Sprint/T-Mobile is required to disclose the Location Information to the government. In addition, Sprint/T-Mobile must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with Sprint/T-Mobile's services, including by initiating a signal to determine the location of the Target Cell Phone on Sprint/T-Mobile's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate Sprint/T-Mobile for reasonable expenses incurred in furnishing such facilities or assistance.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).

## II. Information to Be Seized by the Government

All information demonstrating the Target Cell Phone's general or specific location at any time within the 30-day period for which the prospective collection of location data is authorized, as such information will tend to show the location of Darrell Jones, the user of the Target Cell Phone and a "person to be arrested" within the meaning of Rule 41(c)(4) of the Federal Rules of Criminal Procedure. .

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.